# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

June 8, 2011

John Ley, Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

  **U.S.D.C. No.: 1:10-cv-1612-TCB**
  **U.S.C.A. No.: 11-11352-CC**
  **In re:**   *Lorraine McNeal v. GMAC Mortgage, LLC, et al.*

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| ____ | Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed. |
| ____ | This is not the first notice of appeal. Other notices were filed on: . |
| ____ | There is no transcript. |
| ____ | The court reporter is . |
| ____ | There is sealed material as described below: . |
| **X** | **Other: Record on Appeal (1 Vol. of Pldgs and 1 Vol. of Bankruptcy Pldgs).** |
| ____ | Fee paid on . |
| ____ | Appellant has been leave to file *in forma pauperis*. |
| ____ | This is a bankruptcy appeal. The Bankruptcy Judge is . |
| ____ | The Magistrate Judge is . |
| ____ | The District Judge is . |
| ____ | This is a **DEATH PENALTY** appeal. |

          Sincerely,

          James N. Hatten
          District Court Executive
          and Clerk of Court

       By:  /s/ Kimberly Carter
          Deputy Clerk

Enclosures